1

2

3                       **UNITED STATES DISTRICT COURT**

4                           **DISTRICT OF NEVADA**

5

6   TONYA JOANNE SANFORD MAY,                    Case No. 2:22-cv-00922-NJK

7           Plaintiff,                                    **ORDER**

8   v.

9   KILOLO KIJAKAZI,

10          Defendant.

11          Plaintiff resides in Carson City.  *See* Docket No. 1-1 at 1 (identifying residence as Carson

12  City, NV).  Carson City is within the unofficial northern division of this District.  LR IA 1-6.

13  Accordingly, it is hereby **ORDERED** that **this action is transferred to the unofficial northern**

14  **division of this District for all further proceedings**.  The Clerk of Court is instructed **to transfer**

15  and reopen this matter as a new action under a new docket number in the northern division and to

16  **close this case** without prejudice.

17          IT IS SO ORDERED.

18          Dated: June 14, 2022

19                                              _____

20                                              Nancy J. Koppe
                                                United States Magistrate Judge

21

22

23

24

25

26

27

28

                                                1