1 Marc V. Kalagian
Attorney at Law: 4460
2 Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
4 Fax: (562) 868-8868
E-mail rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff
Tonya Joanne Sanford May

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TONYA JOANNE SANFORD MAY, | Case No.: 3:22-cv-00272-CSD |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE CRAIG S. DENNEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to extend the time in which plaintiff must file her reply brief in support of her motion

-1-

for reversal and/or remand for a period of seven days to and including January 4, 2023.

This is plaintiff's first request for an extension in this matter.  Counsel for plaintiff has had difficulty returning back from holiday break due to inclement weather and cancellation of flights by the airline.  Counsel still remains in transit in spite of best efforts.  On behalf of counsel for plaintiff, the parties respectfully request the granting of this request for the proper briefing of this matter.

IT IS SO STIPULATED.

DATE: December 27, 2022   Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*
BY: _____
Marc V. Kalagian
Attorney for plaintiff Tonya Joanne Sanford May

Date: December 27, 2022   JASON M. FRIERSON
United States Attorney

BY:  /s/ *Sohayl Vafai*
SOHAYL VAFAI
Special Assistant United States Attorney
Attorneys for Defendant KILOLO KIJAKAZI,
Acting Commissioner of Social Security
(Per email authorization)

**ORDER**

Approved and so ordered:

DATED:  December 28, 2022.

_____
THE HONORABLE CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE